In the United States Court of Appeals

for the Fifth Circuit

No.13-40438

United States of America

v.

Flavio Tamez

## Motion to reinstate

1. Tamez moves the Court to reinstate his appeal.

2. The appeal was dismissed for failure to make arrangements with the court reporter for the transcript.

3. Tamez timely gave notice of appeal.

4. Tamez timely paid the docketing fee.

5. The Court will please take judicial notice of Tamez' diligence as noted in items 3 and 4. FED.R.EVID.201

es 6. Mr. Warner is Tamez' attorney. Mr. Warner's assistant attempted to file the transcript orders forms timely, but did so by using paper forms. The paper forms were rejected. Mr. Warner's assistant waited for specific

instructions from Mr. Warner about what to do next. She sent him a text but somehow he did not see it.

7. One guilty of laches after finding out that his appeal had been dismissed would not have it reinstated. **Appeal of Deming,**77 U.S.251,254 hn2(1869) But Tamez' counsel has acted immediately.

8. The untimely filing of a statement of issues[like a record reference]did not warrant dismissal of the appeal. "Dismissal is a harsh and drastic sanction that is not appropriate in all cases...." **In re CDPC,Inc.,**221 F.3d 693,696 hn6(5th Cir.2000) The appellant in CDPC was much less attentive to his appeal than Tamez has been, and that appellant's appeal was reinstated nonetheless.

9. When the transcripts were not timely ordered and timely arrangements were not made to pay the reporter, but later those errors were cured, this Court decided:

> Appellant
>
> "has cured the defects that led to dismissal of No. 00-11302, thereby making that appeal eligible for reinstatement. Accordingly, we hereby reinstate appeal...." **U.S.v.Badomino,**76

Fed. Appx.558,559(5th Cir.2003) [This Court decided Badomino should have filed his notice of appeal within six months of reentry of judgment and superseded its original opinion. **U.S.v.Badomino,**106 Fed.Appx.191(2003)]

But here Tamez immediately corrects the defects by filing the transcript order forms electronically and filing this motion. Counsel has the funds in his trust account to pay the reporter. He sends the reporter the customary deposit of $250 on filing this motion.

Conclusion and prayer for relief

The Court of Appeals should reinstate the appeal.

Respectfully submitted
May 22, 2013
**/S/ LARRY WARNER**

Larry Warner,
Counsel for Defendant
2945 Jacaranda
Harlingen, Tx 78550
Phone (956)454 4994; 956 230 0361
Tex.State Bar# 20871500
Usdc,Stdx# 1230
office@larrywarner.com
website: larrywarner.com

### Conference

It is late at night. It is after office hours. I will, with the Court's leave, contact Mr. Turner of the U.S. Attorney's Appellate Division tomorrow and supplement this certificate with the government's position.

                                      Respectfully submitted
                                      May 22, 2013
                                      **/S/ LARRY WARNER**

                                      Larry Warner,
                                      Counsel for Defendant
                                      2945 Jacaranda
                                      Harlingen, Tx 78550
                                      Phone (956)454 4994
                                      Tex.State Bar# 20871500
                                      Usdc,Stdx# 1230
                                      office@larrywarner.com
                                      website: larrywarner.com
                                      Member, Bar of the Supreme Court of the United States(1984)
                                      Board Certified, Criminal Law Texas Board of Legal Specialization(1983)

### Certificate of Service

On May 22, 2013, I caused to be effected service by email upon the James Turner, US Attorney's Office, Appellate Division in Houston.

                                      Larry Warner,
                                      **/S/ LARRY WARNER**
                                      Attorney for Appellant